IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT HOUSTON, as personal representative of the Estate of Rhonda Houston,** | ) ) ) ) | |
| Plaintiff, | ) ) | 8:09-cv-00306-LSC-FG3 |
| vs. | ) ) | **ORDER** |
| **MYLAN INC., et al.,** | ) ) | |
| Defendants. | ) | |

Upon the parties' Joint Notice of Settlement (Doc. 66),

**IT IS ORDERED:**

1. On or before December 30, 2010 the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit to Judge Smith Camp, at smithcamp@ned.uscourts.gov a proposed order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. The final pretrial conference now set for April 18, 2011 and jury trial now set for May 17, 2011 are cancelled, and all other case progression deadlines are hereby terminated upon the representation that this case is settled.

**DATED November 15, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**